AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Linara Mukhamedzhanova

Defendant

Case No. 8:16MJ1746 MAP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Linara Mukhamedzhanova,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bank fraud and aggravated identity theft, in violation of 18 U.S.C. § 1344, and 18 U.S.C. § 1028A.

Date: 11/15/16

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

Mark A. Pizzo, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/15/16, and the person was arrested on *(date)* 11/16/15
at *(city and state)* North Port, Fl.

Date: 11/17/16

[signature]
*Arresting officer's signature*

Stephen Wayert Special Agent
*Printed name and title*